UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRY BAXTER,   No. 16-13661

    Plaintiff,   District Judge Matthew F. Leitman

v.   Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

On October 31, 2016, Plaintiff's attorney Robert P. Soto, representing Plaintiff in her appeal of the denial of social security benefits pursuant to 42 U.S.C. § 405(g), requested leave to proceed without local counsel as generally required by L.R.83.22(a)(1). Doc. #5.

Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

                                                s/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: December 5, 2016

## CERTIFICATE OF SERVICE

I hereby certify on December 5, 2016, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on December 5, 2016: **None**

                                     s/Carolyn M. Ciesla
                                     Case Manager to
                                     Magistrate Judge R. Steven Whalen